# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID COUTEE

NO. 2025 KW 1096

**FEBRUARY 9, 2026**

---

In Re:    David Coutee, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-24-05126.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

> **MRT**
> **KEB**
> **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.